**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:                              CHAPTER 13
                                               CASE NO.: 14-57589
GEORGE & PATRICIA GEBO,                        JUDGE: WALTER SHAPERO
Debtor(s).

_____/

## ORDERING DISMISSING CHAPTER 13 CASE

This matter having come on for hearing before the Court with due notice having been provided, the Court finds it appropriate to enter this Order based upon one of the following paragraphs so indicated:

☐    A motion to dismiss case brought by the Chapter 13 Trustee, pursuant to 11 U. S. C. §1307(c).

☐    A request for the voluntary dismissal of the case, made by debtor (s) on the record or by written request filed with the Court.

☐    An oral motion to dismiss by the Chapter 13 Trustee and not opposed by the debtors who were present personally or by counsel.

☐    Upon the denial of confirmation of the debtor(s) Chapter 13 Plan by the Court and denial of further time by the Court to propose another Plan, the reasons having been stated on the record.

☐    For failure to  pursuant to a Hearing on the Court's Order to Show Cause regarding same.

☒    For failure to comply with the terms and conditions set forth in the Order Adjourning Hearing entered on or about 2/24/15 for the Debtor's failure to be 100% current on Trustee records on or before 4/27/15; the Trustee representing to the Court by the presentation of this Order for entry that the Debtor has failed to become 100% on Trustee records.  The Trustee further representing to this Court that the Debtor as of 4/28/15 has a 18.12%  payment history on Trustee records.

**IT IS HEREBY ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U. S. C.  §§ 362 and 1301 are hereby terminated;

**IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the attorney for the debtor(s), if any.

**IT IS FURTHER ORDERED** that TAMMY L. TERRY, TRUSTEE, is discharged as Trustee and the Trustee of her surety are released from any and all liability on account of the within proceedings;

**IT IS FURTHER ORDERED** that the debtor(s) attorney shall be awarded the total sum of **FEE APP** as compensation.  The Trustee shall pay this sum, less any amount paid previously, after payment of Clerk's and Trustee's fees, to the extent funds are available.

Signed on April 28, 2015

                                        /s/ Walter Shapero
                                        Walter Shapero
                                        United States Bankruptcy Judge